IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY H. GREENWAY | * |
| | * |
| v. | * |
| | * |
| M/V TRINITY GRACE, *now known as* M/V JIMMY E JACKSON, her engines, hull, tackle, and appurtenances, *in rem; and* | * Case No: 1:23-cv-00286-JB-M |
| | * |
| TIM WILBANKS, an individual, and WILBANKS MARINE SERVICE LLC, *in personam* | * |

**WARRANT OF ARREST OF VESSEL**

TO: The United States Marshal for the Southern District of Alabama

You are commanded to arrest the M/V TRINITY GRACE, now known as the M/V JIMMY E JACKSON, Official Number 573473, her engines, hull, tackle, equipment, and appurtenances, *in rem;* to detain such Vessel in your custody pending further order of this Court; and to serve a copy of the Verified Complaint and this Warrant on the Master or person in possession of the said vessel, or his agent. The vessel is located at Metal Shark Alabama Shipyard at 13980 Shell Belt Rd, Bayou La Batre, Alabama.

You are further commanded to file this process in this Court with your return promptly after the execution thereof.

Any person who asserts a right of possession or any ownership interest in the property that is the subject of this action *in rem* shall file its verified statement of right or interest within fourteen (14) days after process has been executed, or within such additional time as may be

allowed by the Court, and shall serve its answer within twenty-one (21) days after filing its verified statement. See Supp. Rule C(6), Supplemental Rules for Admiralty or Maritime Claims.

Signed at Mobile, Alabama on the 27 day of July, 2023

> CHARLES R. DIARD, JR.
> Clerk for the Southern District of Alabama
>
> By: *Cathi Jennings*
> Deputy Clerk